**UNITED STATES of America, ex rel. UNITE HERE, Plaintiff–Appellant,**

v.

**CINTAS CORPORATION, Defendant–Appellee.**

No. 08–16223.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 3, 2009.

Filed Jan. 8, 2010.

Before: GOODWIN and W. FLETCHER, Circuit Judges, and MILLS,* District Judge.

ORDER

The joint stipulated motion of relator UNITE HERE and Cintas Corporation to voluntarily dismiss the appeal under Federal Rule of Appellate Procedure 42(b) because of settlement in this *qui tam* action is GRANTED. Each party will bear its own costs and fees.

The motion of Workers United to intervene in this action is DENIED as moot.

The motion of Cintas Corporation for leave to file a sur-reply memorandum is DENIED as moot.

This case is CLOSED.